**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:17cv247 **Electronic Filing** |
| **UPMC/STAT MEDEVAC** | ) ) ) | |
| Defendants. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:17cv248 **Electronic Filing** |
| **ROBERT HALF STAFFING** | ) ) ) | |
| Defendant. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:17cv249 **Electronic Filing** |
| **VERIZON WIRELESS** | ) ) ) | |
| Defendant. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:17cv250 **Electronic Filing** |
| **MANCAN, INC.** | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv251 |
| | ) | **Electronic Filing** |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendants. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv252 |
| | ) | **Electronic Filing** |
| **FEDERAL BUREAU OF INVESTIGATION**, | ) ) ) | |
| Defendant. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv253 |
| | ) | **Electronic Filing** |
| **FEDERAL BUREAU OF INVESTIGATION**, | ) ) ) | |
| Defendant. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv254 |
| | ) | **Electronic Filing** |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv255 **Electronic Filing** |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendant. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv256 **Electronic Filing** |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendant. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv257 **Electronic Filing** |
| **AUTOMATED LOGIC, INC.**, | ) ) ) | |
| Defendant. | ) | |
| **UNIVERSAL NETWORK INNOVATIONS, LLC** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17cv258 **Electronic Filing** |
| **AEROTEK**, | ) ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| **UNIVERSAL NETWORK INNOVATIONS, LLC**   )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**SILVER SHORES RESTAURANT**,   )<br>)<br>Defendant,   ) | 1:17cv54<br>**Electronic Filing** |

### ORDER OF COURT

AND NOW, this 22nd day of March, 2017, the Plaintiff having failed to pay the required filing fees for each of the above-captioned actions and having failed to have licensed counsel enter an appearance in such actions on or before March 21, 2017, as ordered by this Court in its Memorandum Order dated February 28, 2017,

IT IS HEREBY ORDERED that the above-captioned actions are dismissed without prejudice. The Clerk shall mark these cases closed.

                                                        s/ DAVID STEWART CERCONE
                                                        David Stewart Cercone
                                                        United States District Judge

cc:   Universal Network, LLC
       215 Meadowview Drive
       McMurray, PA 15317